UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TONY FAJARDO, ET AL.,   )<br>   )<br>           Plaintiffs,   )<br>   )<br>   v.   )<br>   )<br>KEN ZAMMAN LLC dba   )<br>MEDITERRANEAN WRAPS OF PALO   )<br>ALTO, ET AL.,   )<br>   )<br>           Defendants.   )<br>_____ ) | Case No.: C 08-4483 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

     On December 2, 2008, defendants Ken Zamman LLC dba Mediterranean Wraps of Palo Alto, Abraham Khalil and Abdul Lama moved to stay the proceedings pending arbitration, moved to strike the jury demand and moved for an order compelling arbitration. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motions set forth above, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

     IT IS HEREBY ORDERED that no later than December 12, 2008, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for

ORDER, *page 1*

1 | Reassignment."  Both forms are available from the clerk of the court, or from the Forms (Civil)
2 | section of the court's website at www.cand.uscourts.gov.
3 | Dated:    *December 2, 2008*

                                                                          *[signature]*
                                                                          _____
                                                                          PATRICIA V. TRUMBULL
                                                                          United States Magistrate Judge