UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TONY FAJARDO, ET AL., | ) | Case No.: C 08-4483 PVT |
| Plaintiffs, | ) ) | **ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| KEN ZAMMAN LLC dba MEDITERRANEAN WRAPS OF PALO ALTO, ET AL., | ) ) ) ) | |
| Defendants. | ) ) | |

On January 15, 2009, the court granted defendants Ken Zamman LLC dba Mediterranean Wrap of Palo Alto, Abrahim Khalil and Abdul Lama 's motion to compel arbitration. (collectively "defendants"). ("January 15, 2009 Order"). Plaintiffs had not opposed the motion. As part of the January 15, 2009 Order, the parties were required to provide a status report to the court every 90 days. Additionally, the parties were required to inform the court of the outcome of the arbitration no later than 30 days after its conclusion.

On April 15, 2009, defendants filed a separate case status report. Defendants report that they have been frustrated by plaintiffs' repeated failure to respond to their numerous efforts to contact them. Contrary to the January 15, 2009 Order, plaintiffs never filed their own case status report.

Accordingly, plaintiffs are ordered to show cause why the case should not be dismissed for

ORDER, *page 1*

1  failure to prosecute.  Plaintiffs shall respond no later than May 29, 2009.

2  IT IS SO ORDERED.

3  Dated:   May 15, 2009

4  _____
   PATRICIA V. TRUMBULL
   United States Magistrate Judge