UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TONY FAJARDO, ET AL.,<br><br>              Plaintiffs,<br><br>      v.<br><br>KEN ZAMMAN LLC dba<br>MEDITERRANEAN WRAPS OF PALO<br>ALTO, ET AL.,<br><br>              Defendants. | Case No.: C 08-4483 PVT<br><br>**ORDER DISMISSING CASE** |

In response to an order to show cause why the case should not be dismissed for failure to prosecute, Adam Wang, counsel for plaintiffs, responds that he has lost contact with them. *See* Order to Show Cause dated May 15, 2009. Mr. Wang's numerous efforts to reach plaintiffs both by telephone and by mail have been unsuccessful.

In light of the above response, the above-captioned action is dismissed without prejudice pursuant to Rule 41(b).[1] Fed. R. Civ. P. 41(b). The clerk shall close the file.

IT IS SO ORDERED.

Dated:   June 1, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present order to show cause.

ORDER, *page 1*